# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) Case No. 1:24-cr-80 |
|---|---|
| v. | ) Judge Atchley |
| RICKY LEE TAYLOR JR. | ) Magistrate Judge Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 30] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Information; (2) accept Defendant's guilty plea to Counts One and Two of the two-count Information; (3) adjudicate Defendant guilty of Count One: wire fraud in violation of 18 U.S.C. § 1343; (4) adjudicate Defendant guilty of Count Two: tax fraud in violation of 18 U.S.C. § 7206(1); and (5) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 16] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 30] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Information is **GRANTED**;
2. Defendant's plea of guilty to Counts One and Two of the two-count Information is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One: wire fraud in violation of 18 U.S.C. § 1343;

4. Defendant is hereby **ADJUDGED** guilty of Count Two: tax fraud in violation of 18 U.S.C. § 7206(1); and

5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 16] until further order of this Court or sentencing in this matter which is scheduled to take place on **July 10, 2025, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**