**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-00080-CEA-CHS-1 |
| | ) | |
| RICKY LEE TAYLOR | ) | |

**DEFENDANT RICKY LEE TAYLOR'S SENTENCING MEMORANDUM**
**LETTERS IN SUPPORT**

Mr. RICKY LEE TAYLOR, pursuant to Fed. R. Crim. P. 32, respectfully

submits the attached personal allocution and twenty-one letters in support of his

character for this Court's consideration in anticipation of the forthcoming

sentencing hearing.

Date:          January 2, 2026

Respectfully submitted,

*s/ Katryna Lyn Spearman*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.816.7859
www.lowtherwalker.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION**


UNITED STATES OF AMERICA        )
                                                )

     v.                             )          1:24-CR-00080-CEA-CHS-1

                                                  )

RICKY LEE TAYLOR              )


**CERTIFICATE OF SERVICE**


       I hereby certify that on January 2, 2026, I electronically filed the foregoing

DEFENDANT RICKY LEE TAYLOR'S SENTENCING MEMORANDUM

LETTERS IN SUPPORT with the Clerk of the United States District Court for the

Eastern District of Tennesee by way of the CM/ECF system, which

automatically will serve this document on the attorneys of record for the parties

in this case by electronic mail.

      Date:            January 2, 2026

                                  Respectfully submitted,

                                  ***s/ Katryna Lyn Spearman***
                                  Katryna Lyn Spearman, Esq.
                                  Ga. Bar # 616038
                                  kspearman@lowtherwalker.com

                                  Lowther | Walker LLC
                                  101 Marietta St., NW, Ste. 3650
                                  Atlanta, GA 30303
                                  O 404.496.4052 | F 866.816.7859
                                  www.lowtherwalker.com